# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136975 & (61)
136976

In Re Peter Martin Wege Trust

_____

SUSAN WEGE CARTER,
       Petitioner-Appellee,

vs

FIFTH THIRD BANK,
       Respondent-Appellant.

_____

SC:   136975-6
CoA:  274256, 274850
Kent Probate: 02-173246-TT

     On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2008                               
                                            Clerk